IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**COLONY INSURANCE COMPANY,**
    Plaintiff,

-vs-

**BURLESON COUNTY SADDLE CLUB, INC.; and BRIAN and RHONDA FAUST, Individually and as Representatives OF THE Estate and Wrongful Death Beneficiaries of Piper Faust,**
    **Defendants.**

CAUSE NO.:
AU-17-CA-01051-SS

## FINAL JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting summary judgment to Plaintiff Colony Insurance Company (Colony) on all claims. As there are no further claims requiring resolution, the Court hereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that judgment is GRANTED in favor of Colony on its claim for declaratory relief; and

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that judgment is GRANTED in favor of Colony on Defendant Burleson County Saddle Club, Inc. (Saddle Club)'s counterclaim; and

IT IS FURTHER DECLARED that Colony owes no duty to defend or indemnify Saddle Club in the underlying state court lawsuit styled *Brian Faust, et al v. Burleson County Saddle Club, Inc.*, No. 29056, pending in the 21st Judicial District Court, Burleson County, Texas; and

1

IT IS FINALLY ORDERED, ADJUDGED, and DECREED that the parties go forth with all costs and attorney's fees to be borne by the party incurring same.

SIGNED this the 16th day of August 2018.

                                                  */s/ Sam Sparks*
                                                SAM SPARKS
                                                SENIOR UNITED STATES DISTRICT JUDGE